United States District Court
Eastern District of Michigan

**FILED**
JUN 13 2019
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

Theodore J. Visner
   Plaintiff

v

Michigan State Police, et al
   Defendants

Cases: 19-cv-11466 MSP
19-cv-11487 Janes
19-cv-11289 JTGVfer
19-cv-11232 Gatza
19-cv-11424 Hasses
19-cv-_____ Walsh

Judges: Various

## NOTICE TO COURT

The plaintiff has forwardly objected to magistrates in all of the cases. The use of magistrates in these cases is not acceptable to the plaintiff.

Why does the court proceed using magistrates over my objections? I object - again.

The court's refusal to waive or set aside fees for these cases - will result in blocking my access to the courts. Today 6-7-19 the US Dist court has cleaned out my account here at the prison so I can't pay for the

Page 1 of 2

4 COPIES OF COMPLAINT 19-11466 AS ORDERED BY MAGISTRATE WHALEN DATED MAY 29, 2019

I AM ALSO REQUESTING (IF AVAILABLE WITHOUT CHARGE) A COPY OF THE LOCAL COURT RULES. - I WILL ALSO MAKE SURE THAT THE PARNALL PRISON LIBRARY WILL HAVE ACCESS TO THE LOCAL COURT RULES SO THEY CAN MAKE A COPY.

PLEASE ALSO SEND ME ANY INFORMATION THAT YOU HAVE REGARDING A PLAINTIFF'S ABILITY TO REQUEST THE APPOINTMENT OF COUNSEL TO AN INDIGENT PLAINTIFF WITH COMPLEX ISSUES SPANNING MULTIPLE CASES OVER EXTENDED PERIODS OF TIME AS WELL AS INFORMATION ON COURT APPOINTED INVESTIGATORS TO HELP WITH RESEARCHING STATE CREATED DANGERS AND VENDETTAS. AND ALSO ANY CASE MANAGERS WITH REGARD TO DUTIES & LOYALTIES.

ALSO PLEASE SEND ME 18-AO-019 AND ANY OTHER ADMIN ORDER THAT MAY BE SPRUNG ON ME. THX!

RESPECTFULLY SUBMITTED,

THEODORE J. VISNER

PAGE 2 OF 2

