UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THEODORE J. VISNER,

    Plaintiff,

v.

BARRY GATZA, *et al.*,

    Defendants.

Case No. 19-11289
Honorable Laurie J. Michelson
Magistrate Judge Patricia T. Morris

**ORDER DISMISSING MOTION FOR COURT-APPOINTED COUNSEL [14]**

Theodore Visner is a Michigan prisoner who filed suit under 42 U.S.C. § 1983. (ECF No. 1.) This Court dismissed his complaint on May 29, 2019, holding that Visner's challenge to his confinement was barred by *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994). (ECF No. 9.) The Court then denied his motion for reconsideration on August 21, 2019. (ECF No. 13.)

Now, Visner has filed a motion for court-appointed counsel. (ECF No. 14, PageID.67.) He asserts that counsel is necessary "for the purpose of consolidation, joinder issues, injunctive and declaratory relief, and settlement negotiations." (*Id.*) But because Visner's complaint already has been dismissed, the case is no longer active. So the motion to appoint counsel is DISMISSED AS MOOT.

SO ORDERED.

Dated: April 20, 2020

                                  s/Laurie J. Michelson
                                  LAURIE J. MICHELSON
                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on April 20, 2020.

                                        s/Erica Karhoff
                                        Case Manager to the
                                        Honorable Laurie J. Michelson